

*Alexander Rosenbaum* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Francis R. Curran* and *Orrin G. Judd* of counsel), for respondent.

*Per Curiam.* We cannot say, as matter of law, that the finding by the Unemployment Insurance Appeal Board, that the appellant's secretary and treasurer were not its employees, was unsupported by substantial evidence. (Labor Law, § 534, now § 623; *Matter of Electrolux Corp.,* 288 N. Y. 440, 442–3; *Matter of Carroll,* 288 N. Y. 447, 451.)

The order of the Appellate Division should be reversed and the decision of the Unemployment Insurance Appeal Board confirmed, with costs.

LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ., concur.

Ordered accordingly.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* DAVID LAGE and LOUIS RUSSO, Appellants.

Argued November 28, 1944; decided December 30, 1944.

*Joseph Aronstein* for appellants.

*Frank S. Hogan, District Attorney* (*Whitman Knapp* and *Alan J. Elliot* of counsel), for respondent.

Judgments affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.

MICHEL TCHLENOFF, Appellant, *v.* HARRY A. JACOBS et al., as Copartners doing Business under the Name of CITY FACTORS, Respondents.

Argued November 30, 1944; decided December 30, 1944.

